The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 22, 2017, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: June 22, 2017**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

13-2977

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| In re | Case No. 17-12367 |
| Michael C. Gunter | Chapter 7 |
| | Judge: ARTHUR I. HARRIS |
| Debtor | **ORDER GRANTING MOTION OF LAKEVIEW LOAN SERVICING, LLC FOR RELIEF FROM STAY AND ABANDONMENT/ 39502 Short Road, Grafton, OH 44044** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion"), filed by Lakeview Loan Servicing, LLC (the "Movant"). (Docket 8). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 39502 Short Road, Grafton, OH 44044.

###

SUBMITTED BY:

*/s/ Christopher P. Kennedy*
Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
By: Phyllis A. Ulrich (0055291)
Christopher P. Kennedy (0074648)
24755 Chagrin Blvd.,
Cleveland, OH 44122-5690
216-360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for Movant:
Lakeview Loan Servicing, LLC


cc:

Phyllis A. Ulrich and Christopher P. Kennedy, Attorneys for Movant via email at bankruptcy@carlisle-law.com
David O. Simon, Trustee, via email at david@simonlpa.com
William J. Balena, on behalf of Michael C. Gunter, Debtor, at docket@ohbksource.com
Office of the United States Trustee, at (registered address)@usdoj.gov
Michael C. Gunter, Debtor, 39502 Short Road, Grafton, OH 44044-0969, via regular U.S. Mail
State of Ohio Department of Taxation, c/o Attorney General, 150 East Gay Street, Columbus, OH 43215
United States of America, c/o U.S Attorney General, Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530
United States of America, c/o U.S. District Attorney, Civil Process Clerk, 400 United States Court House, 801 West Superior Ave., Cleveland, OH 44113-1852
Buckeye Community Bank, 105 Sheffield Center, Lorain, OH 44055
The Huntington National Bank, 2361 Morse Road, Columbus, OH 43229
Cach, LLC, c/o CT Corporation System, S/A, 1300 East 9th St., Cleveland, OH 44114
Ford Motor Credit Co. LLC, c/o CT Corporation System, S/A, 1300 East 9th St., Cleveland, OH 44114
Farm Credit Services of Mid- America, PCA, PO Box 34390, Louisville KY 40223
Midland Funding LLC, DBA, Midland Funding DE LLC, 8875 Aero Drive, San Diego, CA 92123
Lorain County Treasurer, J Grant Keys Administration Building, 226 Middle Street, Elyria, OH 44035